# United States District Court

**Chambers of**
**Thomas J. Curran**
**District Judge**

Eastern District of Wisconsin
Room 250 Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

**Telephone**
(414) 297-4167
Fax (414) 297-4151

August 18, 2006

RECEIVED 2006 AUG 24 A 10: 51 FINANCIAL DISCLOSURE OFFICE

Honorable Ortrie D. Smith
Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2005 Filing

Dear Judge Smith:

In response to your letter, a copy of which is enclosed, I am providing Part VIII for further explanation of the asset listed on Part VII as per your request. The property continues to be owned by the undersigned.

Also in accordance with your request, I am enclosing three copies of these documents.

Very truly yours,

Thomas J. Curran
United States District Judge

TJC:bf

Enclosures

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As set forth in Part VII, Column D, this property consists of farm land in the Town of Summit, Wisconsin. It was purchased February 24, 1975 and the purchase price was approximately $16,000.00. The property does not contain any improvements.

RECEIVED 2006 AUG 24 A 10:51 FINANCIAL DISCLOSURE OFFICE

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  CURRAN, THOMAS J | 2. Court or Organization  U. S. DISTRICT COURT, E/D WI. | 3. Date of Report  05/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S.DISTRICT JUDGE-Senior Stat | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial    ☒ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  517 E. WISCONSIN AVENUE  MILWAUKEE, WI 53202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | E. P. Kuehn Trust (Trust terminated and trustee discharged 2/10/06) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 17 A 11: 54 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURRAN, THOMAS J | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURRAN, THOMAS J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. R.E., Farm Land, T. of Summit | A | Rent | K | R | Purchase | 22475 | K | |
| 2. BP Amoco | B | Dividend | L | T | | | | |
| 3. Chevron | C | Dividend | L | T | | | | |
| 4. duPont | C | Dividend | M | T | | | | |
| 5. Exxon Mobil | D | Dividend | N | T | | | | |
| 6. GE | D | Dividend | N | T | | | | |
| 7. Honeywell | A | Dividend | K | T | | | | |
| 8. IBM | C | Dividend | O | T | | | | |
| 9. Merck | D | Dividend | M | T | | | | |
| 10. 3-M | B | Dividend | M | T | | | | |
| 11. Pfizer | D | Dividend | N | T | | | | |
| 12. Glaaxo SmithKline | E | Dividend | N | T | | | | |
| 13. Meadwestvaco | B | Dividend | L | T | | | | |
| 14. Wis P&L | A | Dividend | J | T | | | | |
| 15. Dreyfus M.B. Fd. | C | Interest | M | T | | | | |
| 16. Fidelity M.B. Fd. | C | Interest | M | T | | | | |
| 17. Strong MMF | A | Dividend | J | T | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURRAN, THOMAS J | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code 1 | Type | Value Code 2 | Value Method | | | | | |
| 18. Allergan | A | Dividend | M | T | | | | | |
| 19. AT&T | A | Dividend | J | T | | | | | |
| 20. Bk Am | B | Dividend | K | T | | | | | |
| 21. Castle Cov. | C | Dividend | L | T | | | | | |
| 22. Chevron Tex | C | Dividend | M | T | | | | | |
| 23. Exxon Mobil | C | Dividend | M | T | | | | | |
| 24. Nuveen | A | Interest | J | T | | | | | |
| 25. Wis Eng Corp | A | Dividend | K | T | | | | | |
| 26. Lucent | A | Dividend | J | T | | | | | |
| 27. Johnson Bank n/k/a Wells Fargo | A | Interest | K | T | | | | | |
| 28. Verizon | B | Dividend | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURRAN, THOMAS J | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date\_\_\_\_5-11-06\_\_\_\_\_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544